858 A.2d 1156

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark GREEN a/k/a Mark Wallace, Petitioner.

Supreme Court of Pennsylvania.

Aug. 24, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 24th day of August, 2004, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Superior Court is Reversed and the matter is Remanded to the Superior Court for a determination on the merits as Petitioner has sufficiently proven that the Superior Court relied on an inaccurate docket sheet in quashing his appeal as untimely.